ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 AUG 22  PM 12: 18

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JERRY CARVER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | MC 305-003 |
| ) | |
| HILTON HALL, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Petitioner's motion to proceed *in forma pauperis* (doc. no. 6) is **DENIED**, his renewed "Motion to Waive Exhaustion of State Remedies" (doc. no. 8) is **DENIED**, the petition (doc. no. 7) is **DISMISSED**, and this miscellaneous case remains **CLOSED**.

SO ORDERED this 22 day of August, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE